IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-16-H-CCL-1 |
| Plaintiff, | |
| vs. | |
| MOHAMMAD ASIF WAZIRI, | |
| Defendant. | |

On October 17, 2017, the undersigned granted Defendant, Mohammad Asif Waziri's (Waziri) Motion for a Psychiatric Exam in open court, (Doc. 12). On November 1, 2017, the Court received notice from D. Sproul, Warden at Federal Detention Center, SeaTac, Washington, where Waziri is being evaluated, requesting a 30-day extension of the evaluation.

Accordingly, **IT IS ORDERED** that a 30-day extension of the evaluation of Waziri is **GRANTED**. The study period will begin on October 30, 2017 and end on November 29, 2017, with the final report submitted to the Court no later than December 13, 2017.

DATED this 1st day of November, 2017.

John Johnston
United States Magistrate Judge