# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **MOHAMMAD ASIF WAZIRI,** Defendants. | CR 17-16-H-CCL <br><br> **ORDER GRANTING LEAVE FOR WITNESS TO APPEAR AT COMPETENCY HEARING BY VIDEO TELECONFERENCE** |

Based on motion of the United States, there being no objection, and good cause appearing, **IT IS HEREBY ORDERED** that Cynthia A. Low, Ph.D., can testify by video teleconference on January 8, 2018, at 2:00p.m., at the competency hearing in the above-captioned case. The Plaintiff will contact the Clerk of Court's office to set up the video teleconference.

DATED this 3rd day of January, 2018.

John Johnston
United States Magistrate Judge

1